1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO.  2:13-MJ-00298 DAD

12 |                    Plaintiff,      [PROPOSED] ORDER

13 |              v.

14 | DAVONTE MARLIN STINSON,

15 |                    Defendant.

16

17

18     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19  recall the arrest warrant in the above referenced case, 13-MJ-00298 CKD against defendant DAVONTE

20  MARLIN STINSON is GRANTED.

21  DATED: November 4, 2013.

22                                              _____
                                                HONORABLE EDMUND F. BRENNAN
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28